UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| PROGRESSIVE INTERNATIONAL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BIG LOTS, INC.,<br><br>    Defendant. | Civil Action No. 2:17-cv-01046-TSZ<br><br>STIPULATION AND ORDER TO SUBSTITUTE PARTY DEFENDANT AND CHANGE CASE CAPTION |

**STIPULATION**

This is a stipulation among Plaintiff Progressive International Corp. ("Progressive"), current Defendant Big Lots, Inc. ("Big Lots") and substitute Defendant Big Lots Stores, Inc. ("Big Lots Stores").

Big Lots represents that it is a parent holding company of Big Lots Stores, that it does not operate retail stores, and that its wholly-owned subsidiary Big Lots Stores operates retails stores in the Western District of Washington. Big Lots Stores agrees that it operates retail stores in the Western District of Washington, and that it should be the named party defendant.

Pursuant to Federal Rule of Civil Procedure 15, Progressive, Big Lots, and Big Lots Stores stipulate and agree that (1) the Complaint in this action shall be deemed amended to change the name of the party defendant to Big Lots Stores; (2) the Answer in this action shall be

STIPULATION AND ORDER - 1
Civil Action No. 2:17-CV-01046-TSZ
~6159583

LOWE GRAHAM JONES™
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

deemed to be the answer on behalf of Big Lots Stores, and amended to change the name of the party defendant to Big Lots Stores; and (3) the caption in this matter shall be changed to remove Big Lots as a party defendant and to substitute Big Lots Stores, so that it reads "Progressive International Corporation, Plaintiff, v. Big Lots Stores, Inc., Defendant."

The foregoing stipulation is entered into this 19th day of September, 2017.

| | |
|---|---|
| **LOWE GRAHAM JONES**<sup>PLLC</sup> | **SAVITT BRUCE & WILLEY LLP**<br>By: */s/ Duncan E. Manville* |
| By: /s/ Lawrence D. Graham<br>Lawrence D. Graham, WSBA No. 25402<br>Graham@LoweGrahamJones.com<br>701 Fifth Avenue, Suite 4800<br>Seattle, Washington 98104<br>T: 206.381.3300<br>F: 206.381.3301 | Duncan E. Manville, WSBA #30304<br>1425 Fourth Avenue, Suite 800<br>Seattle, Washington 98101-2272<br>Tel.: (206) 749-0500<br>Fax: (206) 749-0600<br>Email: dmanville@sbwllp.com |
| *Attorneys for Progressive International Corp.* | **WOOD, HERRON & EVANS LLP**<br>Paul J. Linden (*pro hac vice*)<br>Jonathan M. Siderits (*pro hac vice*)<br>2700 Carew Tower<br>441 Vine Street<br>Cincinnati, Ohio 45202-2917<br>Tel.: (513) 241-2324<br>Fax: (513) 241-6234<br>Email: plinden@whe-law.com<br>jsiderits@whe-law.com |
| | *Attorneys for Defendant Big Lots, Inc. and Big Lots Stores, Inc.* |

**ORDER**

It is so ordered.

DATED this 19th day of September, 2017.

_____
Thomas S. Zilly
United States District Judge

STIPULATION AND ORDER - 2
Civil Action No. 2:17-CV-01046-TSZ
~6159583

LOWE GRAHAM JONES<sub>PLLC</sub>
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301