UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROGRESSIVE INTERNATIONAL CORPORATION,

    Plaintiff,

v.

BIG LOTS, INC.,

    Defendant.

C17-1046-TSZ

MINUTE ORDER

| | |
|---|---|
| **JURY TRIAL DATE (5 days)** | February 11, 2019 |
| Statement of asserted claims and preliminary infringement contentions due | December 13, 2017 |
| Deadline for joining additional parties | December 29, 2017 |
| Statement of preliminary non-infringement and invalidity contentions due | January 8, 2018 |
| Parties to exchange preliminary proposed constructions of disputed claim terms and provide list of proposed extrinsic evidence | January 29, 2018 |
| Joint Claim Chart and Prehearing Statement due | March 13, 2018 |
| Parties to disclose reports from expert witnesses, if any, regarding Markman issues | March 13, 2018 |
| Parties to disclose rebuttal expert reports, if any, regarding Markman issues | March 27, 2018 |

MINUTE ORDER - 1

| | |
|---|---|
| Deadline for completion of claim construction discovery and for amending pleadings | April 12, 2018 |
| Opening claim construction briefs (24 pages per side) filed by (and noted for the date that the responsive claim construction briefs are due) | April 19, 2018 |
| Responsive claim construction briefs (24 pages per side) filed by | May 3, 2018 |
| <u>Markman</u> hearing at 9:00 a.m. on | June 5, 2018 |
| Reports from expert witnesses under FRCP 26(a)(2) due | August 3, 2018 |
| Rebuttal expert reports due | September 4, 2018 |
| All discovery motions must be filed by (and noted on the motion calendar no later than the third Friday thereafter) | September 13, 2018 |
| Discovery completed by | October 11, 2018 |
| All dispositive motions must be filed by (and noted on the motion calendar no later than the fourth Friday thereafter; <u>see</u> LCR 7(d)) | November 8, 2018 |
| All motions *in limine* must be filed by (and noted on the motion calendar for the Friday before the Pretrial Conference) | January 10, 2019 |
| Agreed pretrial order due | January 25, 2019 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | January 25, 2019 |
| Pretrial Conference at 10:00 a.m. on | February 1, 2019 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or the parties. The Court will alter these dates only upon

MINUTE ORDER - 2

good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

If the Markman hearing or trial dates assigned to this matter create an irreconcilable conflict, counsel must notify Karen Dews at 206-370-8830, within 14 days of the date of this Minute Order and explain the exact nature of the conflict. A failure to do so will be deemed a waiver. Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

### Claim Construction (Markman) Hearing

The claim construction hearing will be set for a half-day (2.5 hours). If more or less time is required, the parties are instructed to inform Karen Dews at 206-370-8830.

PLEASE NOTE: The Court will not rule on dispositive motions that raise issues of claim construction prior to the Markman Hearing, unless special circumstances warrant and leave of Court is obtained in advance of filing.

### Exhibits

The original and one copy of any exhibits to be used at the Markman Hearing and/or trial are to be delivered to the Court at least five (5) days before the hearing and/or trial date. Each exhibit shall be clearly marked. Exhibit tags are available in the Clerk's Office. Plaintiff's exhibits shall be numbered consecutively beginning with 1. Defendant's exhibits shall be numbered consecutively beginning with the next multiple of 100 after plaintiff's last exhibit. For example, if plaintiff's last exhibit is numbered 159, then defendant's exhibits shall begin with the number 200. Duplicate documents

MINUTE ORDER - 3

shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it.  Each set of exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

Settlement

Should this case settle, counsel shall notify Karen Dews at 206-370-8830 as soon as possible.

The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 28th day of November, 2017.

William M. McCool<br>Clerk<br><br>s/Karen Dews<br>Deputy Clerk

MINUTE ORDER - 4