# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PROGRESSIVE INTERNATIONAL CORPORATION,

    Plaintiff,

v.

BIG LOTS, INC.,

    Defendant.

C17-1046 TSZ

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' joint motion to extend certain deadlines, docket no. 25, is GRANTED as follows:

    (a) The deadline for filing opening claim construction briefs is EXTENDED to April 30, 2018;

    (b) The deadline for filing responsive claim construction briefs is EXTENDED to May 14, 2018;

    (c) The claim construction (*Markman*) hearing scheduled for June 5, 2018, is STRICKEN, and will be reset, if appropriate, after the Court reviews the parties' claim construction briefing.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

    Dated this 11th day of April, 2018.

                                   William M. McCool
                                   Clerk

                                 s/Karen Dews
                                 Deputy Clerk

MINUTE ORDER - 1