UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROGRESSIVE INTERNATIONAL
CORPORATION,

                Plaintiff,

   v.

BIG LOTS, INC.,

                Defendant.

C17-1046 TSZ

MINUTE ORDER

     The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

     (1)    Plaintiff's unopposed motion, docket no. 29, to reopen this matter because the parties have been unable to perfect their settlement, is GRANTED. The parties shall file a Joint Status Report within thirty (30) days of the date of this Minute Order.

     (2)    The Clerk is directed to REOPEN this case and to send a copy of this Minute Order to all counsel of record.

     Dated this 20th day of July, 2018.

                                               William M. McCool
                                             Clerk

                                             s/Karen Dews
                                             Deputy Clerk

MINUTE ORDER - 1