# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

PROGRESSIVE INTERNATIONAL CORPORATION,

    Plaintiff,

v.

BIG LOTS, INC.,

    Defendant.

C17-1046-TSZ

MINUTE ORDER

Having reviewed the Joint Status Report, docket no. 32, submitted by the parties, the Court hereby sets the following dates and deadlines:

| | |
|---|---|
| **JURY TRIAL DATE (3-4 days)** | June 24, 2019 |
| Opening claim construction briefs (24 pages per side) filed by (and noted for the date that the responsive claim construction briefs are due) | September 7, 2018 |
| Responsive claim construction briefs (24 pages per side) filed by | September 24, 2018 |
| <u>Markman</u> hearing to be set by Court if appropriate | |
| Reports from expert witnesses under FRCP 26(a)(2) due | December 3, 2018 |
| Rebuttal expert reports due | January 3, 2019 |
| All discovery motions must be filed by (and noted on the motion calendar no later than the third Friday thereafter) | January 10, 2019 |
| Discovery completed by | February 11, 2019 |

MINUTE ORDER - 1

| | |
|---|---|
| All dispositive motions must be filed by (and noted on the motion calendar no later than the fourth Friday thereafter; see LCR 7(d)) | March 7, 2019 |
| All motions *in limine* must be filed by (and noted on the motion calendar for the Friday before the Pretrial Conference) | May 23, 2019 |
| Agreed pretrial order due | June 7, 2019 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | June 7, 2019 |
| Pretrial Conference at 10:00 a.m. on | June 14, 2019 |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 20 shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of August, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2